# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** December 17, 2021   **Time:** 1:30 – 3:31;   **Judge:** EDWARD M. CHEN
3:38 – 5:08 =
3 Hours; 31 Minutes

**Case No.**: 21-mc-80240-EMC   **Case Name:** Gossage v. City of Petaluma

**Attorney for Plaintiff:** Colleen O'Neal
**Attorneys for Defendant:** Kevin Gilbert, Kelly Houle-Sandoval

**Deputy Clerks:** Angella Meuleman / Vicky Ayala   **Court Reporter:** Ana Dub

### PROCEEDINGS HELD BY ZOOM WEBINAR

Evidentiary Hearing - held.

### SUMMARY

Parties stated appearances.

Witnesses: Randy Clay, Jules Pelican, Karen Shimizu, Matthew Erickson, Kamonchamok Chumwangwagi, Eugene (Riley) Drake.

Defendant requested an extension until January 21, 2022 to file response to Amended Complaint. Court granted. Parties will set briefing and hearing in accordance with the Court's 35-day local rule.

Further Status Conference specially set on January 14, 2022 at 9:00a.m.