UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANINE NARETTO, MATTHEW ERICKSON, KAMONCHANOK CHUMWANGWAPA, EUGENE REILLY DRAKE, JONATHAN THOMAS HOLDWAY, individuals; HOMELESS ACTION! an unincorporated association, on behalf of itself and those it represents,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF PETALUMA, PETALUMA POLICE DEPARTMENT, KEN SAVANO in his official capacity, and DOES 1 through 20, in their official capacities,<br><br>　　　　　Defendants. | Case No.  21-cv-10027-EMC<br><br>**[PROPOSED] ORDER TO CONTINUE THE HEARING DATE ON DEFENDANTS CITY OF PETALUMA, PETALUMA POLICE DEPARTMENT AND KEN SAVANO'S MOTION TO DISMISS AND THE FURTHER STATUS CONFERENCE** |

## [PROPOSED] ORDER

Upon review of the Stipulation to Continue the Hearing Date on Defendants City of Petaluma, Petaluma Police Department and Ken Savano's Motion to Dismiss and the Further Status Conference ("Stipulation"), and finding good cause therefore, the Stipulation is hereby GRANTED.

IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, as well as the Further Status Conference, are continued from March 3, 2022, to March 31, 2022, at 1:30 p.m. in Courtroom 5.

**IT IS SO ORDERED**

Dated: February 24, 2022

By: _____
The Honorable Edward M. Chen
United States District Judge