**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROBERT TOURNAHU, ET AL.,**<br><br>    **Plaintiffs,**<br><br>    vs.<br><br>**PEGGY FLYNN, ET AL.,**<br><br>    **Defendants.** | **Case No.: 4:22-03220-YGR**<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Edward M. Chen, to consider whether it is related to *Naretto v. City of Petaluma*, No. 4:21-cv-10027. The above-captioned case is seeking to enjoin the removal of an encampment located at Steamer Landing in the City of Petaluma. It appears that similar issues are being litigation in *Naretto*, including whether removal of the encampment is permitted in light of a prior injunction.

**IT IS SO ORDERED.**

Date: June 2, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**