Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Kelly Houle-Sandoval, Esq. (SBN: 267958)
khoule-sandoval@ohhlegal.com
**ORBACH HUFF & HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA  94588
Telephone: (510) 999-7908/Facsimile: (510) 999-7918

Eric W. Danly, City Attorney (SBN: 201621)
Jordan M. Green, Assistant City Attorney (SBN: 247126)
jgreen@cityofpetaluma.org
CITY OF PETALUMA/CITY ATTORNEY'S OFFICE
11 English Street
Petaluma, CA  94952
Telephone: (707) 778-4362/Facsimile: (707) 206-6040

Attorneys for Defendant
CITY OF PETALUMA (erroneously sued herein as CITY OF PETALUMA and PETALUMA POLICE DEPARTMENT)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANINE NARETTO, MATTHEW ERICKSON, JONATHAN THOMAS HOLDWAY, TODD SIMONE, individuals; HOMELESS ACTION! an unincorporated association, on behalf of itself and those it represents, <br><br>             Plaintiffs, <br><br>v. <br><br>CITY OF PETALUMA and PETALUMA POLICE DEPARTMENT, <br><br>             Defendants. | Case No.  21-cv-10027-EMC <br><br> **DEFENDANT CITY OF PETALUMA'S STATUS REPORT** <br><br> DATE:  June 10, 2022 <br> TIME:   3:30 p.m. <br> DEPT:   Zoom/Courtroom 5 |

Pursuant to the Court's request (Dkt. 78), Defendant City of Petaluma provides this status report and updated chart on its ongoing outreach efforts and offers of housing to the unsheltered community members at Steamer Landing Park, as follows:

On May 12, 2022, the Court ordered that the previously issued preliminary injunction which prohibited the City from enforcing its anti-camping ordinance and/or removing the individual named Plaintiffs from the Steamer Landing Park will be dissolved effective as of June 10, 2022. Pursuant thereto, the Court ordered the City to provide an update as to its ongoing outreach efforts and offers of shelter. Both prior to that ruling and continuing at all times thereafter, the City and its community partners have engaged in outreach efforts which are focused on helping the unsheltered community members to understand and avail themselves of available services, including offers of shelter. Those opportunities are directly shared with the campers via a number of methods, including direct discussions, on-site meetings, the dissemination of literature (which is personally handed to the campers, as well as posted at Steamer Landing) through the City's community partners, as well as through the internet. Those outreach efforts have also included several visits to Steamer Landing, wherein representatives from the City have personally visited every camp and attempted to meet with every person on-site to not only advise of the impending closure, but to also advise on the options available for shelter and to assist the unsheltered community members in identifying and receiving services.

Although the City and its community partners outreach efforts have been ongoing since before this litigation was commenced, this status report will focus on the actions taken following the Court's May 12, 2022, ruling.

On May 18, 2022, representatives from the City visited each of the campsites at Steamer Landing to personally notify the campers of the impending closure of the encampment. In addition to verbally advising each camper of the options available for shelter, written materials were left that not only advised of the specific closure dates, but also provided information on how to obtain services. Copies of those materials are attached hereto as **Exhibit 1**. The specific individuals who were contacted during that visit were as follows:

///

1

Defendant C/Petaluma's Status Report [21-cv-10027-EMC]

1.) Vasquez-Cruz, Roberto Fidel-Camp 2L
2.) Garcia, James Anderson-Camp lL
3.) Mahoney, Karen-Parking lot
4.) Silva, Joel-Camp 5S
5.) Gonzalez, Jorge-Camp 8S
6.) Monroe, Fredrick Pressler-Camp 12S
7.) Irving, Matthew-Camp 14L
8.) Lynch, Daniel-Camp 20S
9.) Reys-Caballero, Edwin-Camp 3S
10.) DeRosa, Shawna-Camp 16S
11.) Nejia, Nelly-Camp 18S
12.) Jose-Rivera, Guadalupe-Camp 18S
13.) Thornton, Melody-Camp 25L
14.) Engelhardt, Oden-Camp 25L
15.) Mcllvian, Walter-Camp 4L
16.) Gutierrez, Jesus-none specifically
17.) Gray, Adam-none specifically
18.) Flores, Jorge-Camp 26S
19.) Christ, Gary-Camp 28S
20.) Tournahu, Robert-Camp 29S
21.) Hudnell, William-Camp 31S
22.) Simone, Todd-Camp 31L
23.) Sluys-Dunbar-Camp 31L
24.) Santos, Abraham-Camp SE side of the Peninsula
25.) Holman, Marcus-Camp NW side of the Peninsula by the Barn
26.) Kennedy, James-Camp NW side of the Peninsula by the Barn
27.) Eads, Robyn-Camp SW side of Peninsula by water

///

28.) Elawand, Jason-Camp SW side of Peninsula by water

29.) Gracie, Shelly-Camp SE side of the Peninsula

On May 22, 2002, a further visit was undertaken where representatives again contacted the campers, including disseminating information and literature, including having the literature translated into Spanish. In addition to meeting personally with each of the campers, notices were also posted in English and Spanish at the entrances to Steamer Landing. Copies of those materials are attached hereto as **Exhibit 2**. The following additional people were provided literature during the May 22, 2022, visit:

1.) Jorge Gonzalez

2.) James Anderson Garcia

3.) Hugo Lopez

4.) Edwin Reyes-Caballero

Another visit was conducted on May 25, 2022. During that visit, representatives again met with the individual campers and again advised of the impending closure, including providing literature on the options for obtaining shelter and/or services. That information was provided both orally and in writing.

A further visit was on June 3, 2022. In addition to verbally advising each camper of the options available for shelter, written materials were left that not only advised of the specific closure dates, but also provided information on how to obtain services. Copies of those materials are attached hereto as **Exhibit 3**.

In addition to the foregoing, City staff and COTS were also on-site following a fire that originated in the encampment from an unsupervised flame in one of the campsites. The fire completely destroyed two campsites while endangering other campsites and neighboring structures. Fortunately, no significant injuries resulted from that fire. Following the Petaluma Fire Department and the Petaluma Police Department bringing the matter under control, representatives from the City and COTS took the opportunity to meet with campers and again offered services, including shelter.

///

Defendant C/Petaluma's Status Report [21-cv-10027-EMC]

The City and it's community partners, including COTS, DST, PCH, and SAFE Team, are currently planning to conduct another on-site signup during the week of June 6, 2022, in furtherance of their efforts to enroll the unsheltered community members for Coordinated Entry and/or to extend offers of shelter.

In addition to the foregoing, the City's community partners (including specifically COTS) have continued to make regular visits to the site to meet with and extend offers of shelter. As this Court is aware, the City and its community partners have been conducting outreach efforts since long prior to this litigation being commenced. Those efforts have remained ongoing and include almost daily visits to Steamer Landing Park by COTS' outreach specialist Randy Clay.[1] Details of COTS' and Mr. Clay's ongoing outreach efforts are included in the attached **Exhibit 4**, which is a spreadsheet maintained by COTS that reflects the status of housing offers, responses, and other relevant information for all campers at Steamer Landing. This spreadsheet incorporates Mr. Clay's notes from his visits to Steamer Landing and reflects the most current list of Steamer Landing Park campers. As is noted on the spreadsheet, each and every camper at Steamer Landing has been personally contacted and offered services, including shelter. In addition, each of the campers has been provided literature which identifies some of the other service providers that are available to the campers.

In addition, all unsheltered community members are still, and have always been, welcome to join COTS during its lunch and dinner periods where free meals are provided, and COTS' personnel can assist interested individuals in completing applications for shelter, with COTS having multiple open beds. Further, COTS staff, as well as the City's other community partners, will be working to leverage any and all options to support housing placements – Emergency Housing Vouchers, Veterans Housing Vouchers, Coordinated Entry Permanent Supportive Housing Placements, Rapid Rehousing, and case management support in hopes of

---

[1] Additional outreach efforts are also provided by the City's other community partners, including for example, the Downtown Streets Team and Catholic Charities. Since the primary offers of shelter to the Plaintiffs have been extended by COTS, this status report focuses only on COTS' recent efforts.

facilitating Plaintiffs and any other unsheltered community members' movement to permanent housing.

Dated: June 3, 2022        Respectfully submitted,

**ORBACH HUFF & HENDERSON LLP**

By: /s/ *Kevin E. Gilbert*
    Kevin E. Gilbert
    Attorney for Defendant
    CITY OF PETALUMA