COLLEEN S. O'NEAL, ESQ. SBN: 108042
LAW OFFICE OF COLLEEN S. O'NEAL
988 Kenmore Ln.
Santa Rosa, California 95407
Telephone: (707) 696-8514
Email: colleensoneallegal@gmail.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANINE NARETTO, MATTHEW ERICKSON, JONATHAN THOMAS HOLDWAY, TODD SIMONE, individuals; HOMELESS ACTION! an unincorporated association, on behalf of itself and those it represents;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PETALUMA and PETALUMA POLICE DEPARTMENT.<br><br>Defendants. | Case No. 3:21-cv-10027-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE**<br><br>Hon. Edward M. Chen |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

Plaintiffs in this matter and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A),

1

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE, Case No. 3:21-CV-10027-EMC

voluntarily dismiss the entire case. Such dismissal shall be without prejudice.

Dated:  June 6, 2022 Respectfully submitted,

By: /s/ Colleen S. O'Neal
Colleen S. O'Neal

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE, Case No. 3:21-CV-10027-EMC